ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 18 2012
11:09 am
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| FRANKIE SIMS and PATSY SIMS, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> CARRINGTON MORTGAGE SERVICES, LLC <br><br> *Defendant.* | § § § § § § § § § § § § § § § |

CIVIL ACTION NO. 4:12-cv-00087-A

Notice is hereby given that all plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order on Defendant's Motion to Dismiss and the related Final Judgment entered in this action on August 23, 2012, along with the Order of September 6, 2012, denying Plaintiffs' Rule 59(e) motion for reconsideration.

Respectfully Submitted,

/s/ Jeffrey W. Hurt
Jeffrey W. Hurt, Esq.
Texas Bar No. 10317055
Hurt & Berry, LLP
10670 N. Central Expressway Suite 450
Dallas, Texas 75231
Tel: (214) 382-5656
Fax: (214) 382-5657

J. Patrick Sutton
Texas Bar No. 24058143
1706 W. 10th Street
Austin, Texas 78703

>Tel. (512) 417-5903
>Fax (512) 355-4155
>
>David M. Gottfried
>Texas Bar No. 08231200
>The Law Office of David M. Gottfried, PC
>1505 W. 6th Street
>Austin, TX 78703
>Tel. (512) 494-1481
>Fax (512) 472-4013
>
>Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served as indicated on this 14th day of September, 2012, to the following:

**via facsimile upon 512-305-4800**
B. David Foster
Locke Lord Bissell & Liddell LLP
100 Congress Avenue, Suite 300
Austin, Texas  78701

# HURT & BERRY, LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

ATTORNEYS AT LAW

| | |
|---|---|
| **DALLAS OFFICE** | **EAST TEXAS MEDIATION CENTER** |
| 10670 NORTH CENTRAL EXPRESSWAY, SUITE 505 | 8335 FM 279 |
| DALLAS, TEXAS 75231-2108 | EDOM, TEXAS 75756 |
| TELEPHONE 214.382.5656 \| TELECOPY 214.382.5657 | TELEPHONE 903.852.5715 \| TELECOPY 903.852.5728 |

September 14, 2012

*VIA First Class Mail*

Karen Mitchell, Clerk of the Court
Northern District of Texas
501 W. 10th Street
Suite 310
Fort Worth, TX 76102-3641

    Re:   *Frankie Sims and Patsy Sims, et al. v. Carrington Mortgage Services, LLC,*
            *Case No. 4:12-cv-00087-A*

Ms. Mitchell:

    Please find enclosed one original and one copy of Plaintiffs' Notice of Appeal to the United States Court of Appeals for the Fifth Circuit for filing in the above-referenced case.

    This notice has been served upon counsel for the defendant via facsimile.

                                                      Thank you,

                                                      Laura Snook
                                                      Legal Assistant to Jeffrey W. Hurt

Encl.
CC: David Foster
      Jeffrey W. Hurt
      Patrick Sutton
      David Gottfried