# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 12-10978

4:12-cv-87-A

FRANKIE SIMS, on behalf of himself and all others similarly situated;
PATSY SIMS, on behalf of herself and all others similarly situated,

    Plaintiffs - Appellants

v.

CARRINGTON MORTGAGE SERVICES, L.L.C.,

    Defendant - Appellee



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 20 2013
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

Before OWEN and HAYNES, Circuit Judges, and LEMELLE,* District Judge

PER CURIAM:

    IT IS ORDERED that the appellants' opposed motion for injunction pending appeal is DENIED.

---

* District Judge of the Eastern District of Louisiana, sitting by designation.

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

RECEIVED SEP 20 2013
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

September 20, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 12-10978, Frankie Sims, et al v. Carrington Mtge Svc, L.L.C.
USDC No. 4:12-CV-87

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Melissa Mattingly*
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Mr. Benjamin David Lee Foster
Mr. William Scott Hastings
Mr. Jeffrey W. Hurt
Mr. Daron L. Janis
Ms. Karen S. Mitchell
Mr. Robert Thompson Mowrey
Ms. Amanda M. Schaeffer
Mr. James Patrick Sutton
Mr. Thomas George Yoxall